BROWN *vs.* WYLIE & COMPANY.

Where, on a money rule against the sheriff for the distribution of funds in his hands amongst executions against a defendant in *fi. fa.*, the court orders payment to some to the exclusion of others, the sheriff is a necessary party defendant to a bill of exceptions filed to such judgment. *Bird, adm'x, vs. Harris, ex'r,* 63 *Ga.,* 433.

Parties. Practice in the Supreme Court. September Term, 1879.

Kennedy, sheriff of Bartow county, under order, brought into court $140.18, the proceeds of property of Daniels, de-

fendant in *fi. fa.*, for distribution. Brown and Wylie & Co. claimed the fund, the former under a mortgage *fi. fa.*, and the latter under justice court executions. The court gave precedence to the latter, and Brown excepted. The bill of exceptions was served only on Wylie & Co. When the case was called in this court, a motion was made to dismiss the writ of error because the sheriff, Kennedy, was a necessary party and had not been served. The motion was sustained, as indicated in the head-note.

G. H. Bates; Julius L. Brown, for plaintiff in error.

Akin & Akin, for defendants.